UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KEVIN DWAYNE THERIOT #423068,

    Plaintiff,

v.

UNKNOWN LEE, et al.,

    Defendants.

Case No. 2:18-CV-70

HON. GORDON J. QUIST

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Maarten Vermaat's October 10, 2019, Report and Recommendation (R & R) recommending that the Court grant: (1) Defendants' motion to revoke Plaintiff's *in forma pauperis* status; (2) revoke Plaintiff's *in forma pauperis* status; and (3) require Plaintiff to pay the $400.00 filing fee within 28 days to prevent dismissal of this case. The R & R was duly served on Plaintiff on October 10, 2019. No objections have been filed pursuant to 28 U.S.C. § 636(b).

Therefore,

**IT IS HEREBY ORDERED** that the October 10, 2019, Report and Recommendation (ECF No. 25) is approved and adopted as the Opinion of the Court. Defendants' Motion to Revoke Plaintiff's *In Forma Pauperis* Status Under 28 U.S.C. § 1915(g) (ECF No. 42) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's *in forma pauperis* status is **REVOKED**.

**IT IS FURTHER ORDERED** that Plaintiff has **twenty-eight (28) days** to pay the entire civil action filing fee, which is $400.00. If Plaintiff fails to pay the filing fee within that time, his case will be dismissed without prejudice, but he will continue to be responsible for payment of the $400.00 filing fee.

Dated: October 31, 2019                                           /s/ Gordon J. Quist
                                                                            GORDON J. QUIST
                                                              UNITED STATES DISTRICT JUDGE